UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:  **Roger L Kight**                              )    Case No.
        **Kayla R Kight**                              )
                                                       )
                                                       )    **STATEMENT OF WITNESS TO**
        Debtor(s)                                      )    **SIGNING OF DOCUMENT**

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

☑ Voluntary Petition

☑ Declaration Concerning Debtor's Schedules

☑ Statement of Affairs

☒ Other:  Chapter 13 Plan and Associated Documents

Dated:  **May 2, 2016**

                                                  **/s/ BRADLEY P. THONNEY, Attorney at Law**
                                                  Witness Name

                                        Address:  **PO Box 1339**

                                                  **Moses Lake, WA 98837**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy